FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★   JUN 2 5 2013   ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------X

UNITED STATES OF AMERICA,

        Plaintiff,

05-CR-0356

- against -

(Feuerstein, J.)

ANDRE SAVVIDES,

        Defendant.

----------------------------X

## AMENDED FINAL ORDER OF FORFEITURE

WHEREAS, on January 29, 2009, this Court entered a Final Order of Forfeiture (the "Final Order"), pursuant to the provisions of 18 U.S.C. § 982, in which Andre Savvides (the "Defendant") agreed to forfeit to the United States the sum of three hundred and ninety three thousand five hundred and seventy six dollars and no cents ($393,576.00) (the "Forfeiture Money Judgment"); and

WHEREAS, as a condition of the Final Order the Court directed the Defendant to make payments of three thousand two hundred dollars and no cents ($3,200.00) each month, commencing on January 29, 2009;

WHEREAS, the Defendant has failed to meet his payment obligations of $3,200.00 per month, as detailed in the Final Order;

WHEREAS, the Defendant represents that his income has decreased since the Final Order was entered; and

U.S. v. Andre Savvides 05-cr-0356, Amended Final Order of Forfeiture

WHEREAS, to date, in partial satisfaction of the Forfeiture Money Judgment, the Defendant has paid to the government the sum of seventy-three thousand, five hundred dollars and no cents ($73,500.00) (the "Forfeited Funds"), leaving a balance of three hundred twenty thousand and seventy six dollars and no cents ($320,076.00) due under the Forfeiture Money Judgment.

IT IS NOW ORDERED, ADJUDGED AND DECREED, that the Defendant shall make payments according to the following payment schedule: (a) two thousand five hundred dollars and no cents ($2,500.00) due immediately; (b) two thousand five hundred dollars and no cents ($2,500.00) due within 30 days after the initial first payment but no later than July 15, 2013; (c) from August 1, 2013 through and including January 28, 2014, while on probation the Defendant' shall pay on a monthly basis on the first of each month, the sum of eight hundred dollars ($800.00); and (d) upon completion of the term of probation, the payment of $800 shall be decreased to the sum of six hundred dollars ($600.00) and the Defendant shall make such monthly payments on the first of each month, commencing on February 1, 2014, until the Forfeiture Money Judgment has been fully satisfied. In the event that any of the above payments are not timely made as set forth in the above payment schedule, the United States shall have the right, without prior notice or leave of court, to execute this Amended Order of Forfeiture against, any and all property, real or personal, of the Defendant, and to collect any unpaid portion of the Forfeiture Money Judgment as provided by law; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that if the Defendant's income increases above its current level, as represented by Defendant Andre Savvides, of $104,000.00 a year, the Defendant will increase his monthly obligation by 25% of the

increase in his gross income; if the Defendants income declines, the Defendant can make an application to probation and/or to the forfeiture unit for a consent reduction in forfeiture payments which shall not be final until presented to and approved by the court; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, upon conclusion of probation, the Defendant is to file with the forfeiture unit an updated United States Department of Justice Financial Statement (the "Financial Statement") on January 1st and July 1st of each year until the forfeiture is paid in full. The Financial Statement shall be delivered to the Asset Forfeiture Unit, at 610 Federal Plaza, 5th Floor, Central Islip, New York 11722 Attn: Asset Forfeiture Paralegal Brian Gappa.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that upon full payment of the Forfeiture Money Judgment by the Defendant, the United States shall file a satisfaction as to the judgment previously filed against the Defendant with the Office of the Suffolk County Clerk; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that the Department of Treasury and all of its duly authorized agents and/or contractors are hereby authorized and directed to dispose of any and all payments made towards the Forfeiture Money Judgment in accordance with all laws and regulations; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that the United States District Court for the Eastern District of New York shall retain jurisdiction in the case for the purpose of enforcing the Preliminary Order, the Final Order of Forfeiture and this Amended Final Order; and

U.S. v. Andre Savvides 05-cr-0356, Amended Final Order of Forfeiture

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Clerk of the Court shall forward five certified copies of this Final Order to the United States Attorney's Office, 610 Federal Plaza, 5th Floor, Central Islip, New York 11722, Attn: Asset Forfeiture Paralegal Brian Gappa.

Dated: Central Islip, New York
June 25, 2013

Agreed Upon by:

_____
Andre Savvides
Defendant

s/ Sandra J. Feuerstein

_____
HONORABLE SANDRA J. FEUERSTEIN
UNITED STATES DISTRICT JUDGE